FILED:  May 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2224
(4:22-cv-00022-TTC-RSB)

_____

JAMES MICHAEL ISERNIA,

　　　　Plaintiff – Appellant,

v.

DANVILLE REGIONAL MEDICAL CENTER; HSCGP, LLC,

　　　　Defendants – Appellees.

_____

O R D E R

_____

The court amends its opinion filed May 13, 2024, as follows:

On the cover page, the district court case number is changed to "4:22-cv-00022-TTC-RSB."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk